# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

Rodney Jones
_____

Plantiff,

                                 **COMPLAINT**

vs.                               Case No. 3:15-cv-112

Equifax
_____

TransUnion
_____

Experian
_____

_____

                Defendant(s).

**FILED**
CHARLOTTE, NC

MAR 0 6 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

---

## A. JURISDICTION

Jurisdiction is proper in this court according to:

_____42 U.S.C.§1983

_____42 U.S.C. §1985

_____Other (Please specify)_____

## B. PARTIES

1. Name of Plaintiff:   Rodney Jones
   Address:          426 Woodberry Drive
                    Wingate, NC 28174

2. Name of Defendant: Equifax
   Address:          P.O. Box 740241
                    Atlanta, GA 30374

   Is employed as     Equifax    at   Federal Credit Bureau
                   (Position/Title)      (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO _____, if "YES" briefly explain:

_____
_____
_____

3. Name of Defendant: Experian
   Address: P.O. Box 9530
            Allen, TX 75013
   _____

   Is employed as _____Experian_____ at ___Federal Credit Bureau___
                    (Position/Title)          (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO _____, if "YES" briefly explain:

   _____
   _____
   _____

4. Name of Defendant: TransUnion
   Address: P.O. Box 6790
            Fullerton, CA 92834
   _____

   Is employed as _____TransUnion_____ at ___Federal Credit Bureau___
                    (Position/Title)           (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO _____, if "YES" briefly explain:

   _____
   _____
   _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

Reason I am Bringing This Case To Court, I am Filing a Lawsuit Under These Statutes Against, TRANSUNION, EQUIFAX, EXPERIAN under the (1) FEDERAL CREDIT REPORTING ACT (FCRA) 15 U.S.C. 1681 (2) EQUAL CREDIT OPPORTUNITY ACT (ECOA) 15 U.S.C. 1601 (3) IMPROPER REPORTING ACTIVITY I was a victim of identity theft. I Have all the Proof from the FBI, Police Department also my Attorney. I Have Been trying to Remove All These Negative Items from my Credit File and my Good Name from the identity theft, I have Seeked Credit Specialists to Get my Life back. Equifax, Transunion, and Experian all three of these Credit Bureaus Have my Proof but Ignores the Truth. The Credit Bureaus have recieved my information from the FBI Stating them to Clear my Name and Credit to be Rescored From all 3 Credit Bureaus on my Credit File. Since this has happened I haven't been able to operate my business far as to obtain credit cards, home loans, car loans, purchasing of any merchandise or Support my family. This is why I am suing Transunion Equifax and Experian

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1)    Count 1: <u>(FCRA) 15 U.S.C. 1681 (ECOA) 15 U.S.C. 1601 (IMPROPER REPORTING ACTIVITY)</u>

   (2)    Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

b. (1)    Count 2: <u>(FCRA) 15 U.S.C. 1681 (ECOA) 15 U.S.C. 1601 (IMPROPER REPORTING ACTIVITY)</u>

   (2)    Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

## E. INJURY

How have you been injured by the actions of the defendant(s)?

INJURY TO MY LIFE, INJURY TO MY FAMILY, INJURY TO MY WIFE, INJURY TO MY BUSINESS INJURY TO MY FINANCES, INJURY TO PURCHASING A HOME, PURCHASING A CAR BUSINESS CREDIT, CREDIT CARDS, EVERYTHING TO SURVIVE IN THIS WORLD WAS BLOCKED FROM ME BY TRANSUNION, EQUIFAX, AND EXPERIAN TO LIVE MY LIFE IN PROSEPERITY. KNOWING THAT ALL CREDIT BUREAUS HAD THE INFORMATION I PROVIDED FROM THE FBI, POLICE DEPARTMENT ALSO MY ATTORNEY, THEY ALL IGNORED MY EVIDENCE WHICH COST ME AND MY FAMILY TO BE HOMELESS. I AM SEEKING ALL NEGATIVE ITEMS, DEROGATORIES AND CREDIT SCORES TO BE RESCORED 680 FROM ALL THREE BUREAUS IMMEDIATELY.

## F.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?      YES _____      NO _____

If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1.  Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2.  Name of court and case or docket number:

_____

3.  Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4.  Issued raised:

_____

_____

_____

5.  When did you file the lawsuit?_____
                                                    Date: Month/Year

6.  When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES _____ NO _____

If your answer is "YES" briefly describe how relief was sought and the results.  If your answer is "NO" explain why administrative relief was not sought.

_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

I BELIEVE I AM ENTITLED THAT ALL THREE CREDIT BUREAUS TRANSUNION, EQUIFAX EXPERIAN

REMOVE ALL NEGATIVE DEROGATORY ITEMS AND PUT MY SCORES BACK IN THE ORDER BEFORE

THE IDENTITY THEFT WHICH MY SCORES WERE 700 FOR TRANSUNION, EQUIFAX AND EXPERIAN

FOR ALL THREE CREDIT BUREAUS. ALSO REMOVE ALL INQUIRES, LOW SCORES THAT RESUME AS MY

IDENTITY WAS STOLEN. I WAS DENIED FUNDING FOR PURCHASE OF A HOUSE, A CAR. I WAS DENIED

FUNDING FOR MY BUSINESS, I WAS DENIED CREDIT CARDS TO PURCHASE CLOTHES FOR MY WIFE

AND DAUGHTER.

JURY TRIAL REQUESTED      YES _____    NO _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at ___CHARLOTTE NC___ on ___3|6|2015___.

        (Location)                          (Date)

Signature



**U.S. Department of Justice**
United States Attorney's Office
District of Montana in Missoula
Post Office Box 8329
Missoula, MT 59807
Phone: (406) 829-3324
Fax: (406) 542-1476

To: Whom it May Concern

Mr. Rodney Rondell Jones was a victim of a Home Loan Scam During the years of 2001 through 2010 which His Identity and Credit was stolen and destroyed By Kenneth A. Schneider. Who is serving 5years and 4months in Prison at this time. We also are Forwarding Letters and Contacting Creditors that Mr. Jones wasn't Aware of due to the Identity Credit Theft. We have taken the correct procedures to remove Mr. Rodney Rondell Jones Credit History Completely ,Leaving Mr. Rodney Rondell Jones without Any Credit Scores for All 3 Credit bureaus. The Reason for this process is because Kenneth A. Schneider Unlawfully Opened Credit Accounts in Mr. Rodney Rondell Jones Personal name and business names please see below:

1) Jones Chevrolet
2) LGS Services     (Ih Several States).
   These letters indicate that Mr. Rodney Rondell Jones is a victim of Identity and Credit Theft. The Purpose of this letter is for Mr. Rodney Rondell Jones to apply For New Credit lines, bank financing, private funding, and any type of funding e.t.c. This Letter Allows Mr. Rodney Rondell Jones to obtain any type of loan hassle free.
   If there are any questions or concerns please contact
   Sheryl L.Nordahl
   Victim Witness Coordinator
   U.S.Department of Justice



**U.S. Department of Justice**
United States Attorney's Office
District of Montana in Missoula
Post Office Box 8329
Missoula, MT 59807
Phone: (406) 829-3324
Fax: (406) 542-1476

March 11, 2011

Rodney Jones
5901 McBride St.
Charlotte, NC 28215

Re: United States v. Kenneth Schneider
    Case Number 2009R00445 and Court Docket Number: 10-CR-00031

Dear Rodney Jones:

    The United States Department of Justice believes it is important to keep victims of federal crime informed of court proceedings. This notice provides information about the above-referenced criminal case.

    Defendant Kenneth Schneider has been sentenced by the Court. The Court ordered the defendant to the following:

Incarceration of 5 year(s) 3 month(s)
Followed by Supervised Release of 3 year(s)
Special Assessment of $100.00

    The Court ordered restitution to be paid in case 2009R00445 in the total amount of $12,500.00 to Rodney Jones. While the Court has ordered restitution in this case, it does not mean the defendant(s) will make restitution payments. In the event restitution payments are received from the defendant, the funds will be distributed by the Clerk of the United States District Court. It is your responsibility to keep our Office and the Clerk's Office advised of any address changes.

    The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this case on the VNS web site at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your contact information to include a current email address, VNS will send information to that email address. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

    You will use your Victim Identification Number (VIN) '3077855' and Personal Identification Number (PIN) '7818' anytime you contact the Call Center and the first time you log on to the VNS web site. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Jones.



U.S. Department of Homeland Security
# UNITED STATES SECRET SERVICE

Billings Resident Agency
PO Box 7067
Billings, Montana 59101

File: 414-813-4543-S

October 21, 2010

Rodney Jones
5901 McBride St
Charlotte, NC 28215

Dear Sir or Madam:

The United States Secret Service, Billings Resident Agency, in conjunction with the US Attorney's Office, District of Montana, is conducting a federal investigation into an "Advance Fee Fraud" scheme. Your name and address have been recovered from documents acquired during the investigation, which indicate that you may have been a victim. These documents have shown that you may have become involved in, or attempted to become involved in, a business transaction wherein you sought a loan or financing from one or all of the following:

> Kenneth Schneider
> KAS Funding
> American Bridge Funding

If you have had business dealings with any of the above, please fill out the enclosed questionnaire and return it to the following address.

> US Secret Service
> Attn: SA Tadd Downs
> P.O. Box 7067
> Billings, MT 59103

Please note that this investigation is in the initial stages and the Secret Service is trying to determine the scope of any potential illegal actions. For that and other reasons, it is imperative if you have had contact with Mr. Schneider that you provide accurate contact information, in the event a Special Agent with the US Secret Service or someone from the US Attorney's Office needs to contact you.

Please remember that information contained in this letter and the fact that an investigation is being conducted should be kept confidential and not disseminated.

Thank you in advance for your cooperation in this investigation.

Respectfully,

Brian P. O'Neil
Resident Agent

Enc: Questionnaire



U.S. Department of Justice

*United States Attorney*
*District of Montana*

SHERYL L. NORDAHL
Paralegal Specialist

P.O. Box 3312
Missoula, MT 59807

Phone: (406) 829-3324

December 7, 2010

As a victim of crime, you have a number of rights. First is the opportunity to submit a victim impact statement. This statement is important because it reflects what you, as a victim of crime, are having to personally endure as a direct result of this crime.

To assist you in preparing your statement, I have enclosed a Victim Impact Statement Form. Once returned to me, it will be forwarded to the Court and reviewed by the judge prior to the sentencing of the defendant. Please complete the forms and return them to me no later than **January 5, 2011.**

I realize the Victim Impact Form, itself, is impersonal. However, when completed in your own words, reflecting your feelings, it will help to personalize for the court system the impact of this particular crime on your life. Your statement will become a formal part of the court record and as such can be seen by the defendant and his attorney.

The Judge will also consider the matter of restitution in this case. Restitution is direct payment by the defendant to the victim, for financial loss that is directly related to this crime. If you feel you are entitled to restitution as a result of this offense, **you must return the enclosed letter with your claim** no later than January 5, 2011in order to validate your claim. Please complete the enclosed Victim Financial Statement and attach verification or receipts for your losses if possible.

You also have the right to attend the sentencing hearing and to address the court if you wish. Sentencing has been set for March 10, 2011 at 9:00 am in Missoula, Montana. Your attendance is not required. however, if you would like to attend and address the Court please let me know so that I may inform the Court. I will let you know of any scheduling changes as soon as possible.

If you have any questions about the victim impact statement please call me at 406/829-3324. Please remember to complete and return your statements no later than January 5, 2011.



U.S. Department of Justice
United States Attorney's Office
District of Montana in Missoula
Post Office Box 8329
Missoula, MT 59807
Phone: (406) 829-3324
Fax: (406) 542-1476

December 8, 2010

Rodney Jones
5901 McBride St.
Charlotte, NC 28215

Re: United States v. Kenneth Schneider
    Case Number 2009R00445 and Court Docket Number: 10-CR-00031

Dear Rodney Jones:

Your name was forwarded to our office by law enforcement as a victim (or potential victim) in the above mentioned criminal case. We will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. The enclosed information provides instructions for accessing the Victim Notification System (VNS) Call Center and VNS web site.

Charges have been filed against defendant(s) Kenneth Schneider. The lead prosecutor for this case is Timothy Racicot. The main charge is categorized as Other Investment Fraud.

The Crime Victims' Rights Act gives victims of criminal offenses in Federal court certain rights, including: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, involving the crime, or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, or sentencing, (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; and (8) The right to be treated with fairness and with respect for the victim's dignity and privacy.

Please be aware that many criminal cases are resolved by a plea agreement between the United States Attorney's Office and the defendant. You should also know that it is not unusual for a defendant to seek to negotiate a plea agreement shortly before a trial is scheduled to begin. Plea agreements can be made at any time and as late as the morning of trial, leaving little or no opportunity to provide notice to you of the date and time of the plea hearing. If the court schedules a plea hearing in this case, we will use our best efforts to notify you of available information as soon as practicable. If you want to inform the prosecutor of your views regarding potential plea agreements, or any other aspect of the case, please contact the prosecutor assigned to this case or me.

We will make our best efforts to ensure you are provided the rights described above. It is important to keep in mind that the defendant(s) are presumed innocent until proven guilty and that presumption requires both the Court and our office to take certain steps to ensure that justice is served. While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to these rights or other related legal matters.

The sentencing hearing for defendant(s), Kenneth Schneider, has been set for March 10, 2011, 09:00 AM at Missoula, MT, US District Court, Missoula, MT 59801 before Judge Donald Molloy. You are welcome to attend this proceeding; however, unless you have received a subpoena, your attendance is not required by the Court. If you plan on attending, please check with the VNS Call Center to verify the sentencing date and time. Should you wish to speak at the sentencing or want to check for the most current information on the date/time of this event please call our office a day or two before the scheduled hearing.

# ADDENDUM TO JUDGMENT

## *United States v. Kenneth Schneider*
## *CR 10-31-M-DWM*

The defendant shall pay restitution in the amount of **$1,766,596.67** at a rate of not less than 10 % of his gross income per month, or as otherwise directed by United States Probation. Payment shall be made to the Clerk, United States District Court, P.O. Box 8537, Missoula, MT 59807, and shall be disbursed to victims whose addresses shall remain confidential.

| Name of Payee | Restitution Amount |
|---|---|
| Allison, Jon | $5,000 |
| Amiri, Maryam | $10,000 |
| Beaton, Richard | $12,000 |
| Bennett, Alyson | $7,500 |
| Bishop, Richard | $22,908 |
| Borcher, Jeff Real Deal LLC | $12,750 |
| Bosserman, Rod | $16,500 |
| Brait, Gary | $110,000 |
| Brown, Brad Grand Resort Prop | $17,858.49 |
| Brownlee, Dan DBA Brownlee Farms | $45,000 |
| Brude, Joel | $5,000 |
| Bruno, James | $37,500 |
| Chin, Gary | $48,500 |
| Coleman, Edward | $17,500 |
| Cortada, Ramon de Barrios, Luis Alleanza Develop Group | $57,500 |
| Delio, Michele | $90,500 |
| Dobson, Louis P. | $53,250 |

| Name of Payee | Restitution Amount |
|---|---|
| Donaldson, Frank | $37,500 |
| Dorst, Tim<br>Canaan Land MHC, LLC | $10,016 |
| Dunkle, James<br>Westwood Development Inc | $18,100 |
| Duwaik, Omar | $7,500.00 |
| Ehney, Ted | $30,000 |
| Fain, Scott (Albach, Kristina) | $60,000 |
| Goff, Lloyd<br>Airport Park Village, LLC | $7,500 |
| Harrison, William | $10,000 |
| Hetherington, Nichole | $7,500 |
| Hightower, Teresa | $7,500 |
| Johnson, Derek<br>Aspen Caiptal LLC | $7,500 |
| Johnson, Steven & Hillary<br>Noble Investments, Inc. | $18,446.53 |
| Johnson, William B. | $15,000 |
| Jones, Rodney | $12,500 |
| Kaplan, Kevin | $19,437 |
| Kent, Glen<br>Cascades Best Trees | $7,500 |
| Ketola, Hosea<br>Edgewater Const Inc | $15,750 |
| Keuillian, Ard<br>Avery Station | $7,500 |
| King, Steven<br>MSS Property Mgmt | $14,540 |
| King, Norris | $33,500 |
| Kozicki, Joe<br>AA Solar, Inc. | $10,000 |

| Name of Payee | Restitution Amount |
|---|---|
| Kunevicius, James | $7,500 |
| Larry, Vecent<br>VT Larney LTD | $7,500 |
| Lowe, Raymond | $25,854.97 |
| Lonkert, Richard<br>Nissi Properties | $20,641.50 |
| Luebcke, Kathryn | $9,500 |
| Mahone, Marion | $137,500 |
| McLeod, Dave | $5,000 |
| Nichols, Allen<br>Brunei International LLC | $59,631.38 |
| O'Toole, John | $75,525 |
| Poston, Jeffrey | $12,100 |
| Quade, Scott | $13,500 |
| Rabin, Ray | $39,501 |
| Reiber, Kenneth | $27,250 |
| Romes, Greg | $5,000 |
| Ross, Earl V., Jr. | $15,740 |
| Scales, Geoff | $111,897.50 |
| Schuett, Dan | $7,500 |
| Scieszinski, Paul<br>PLS Investments | $11,941 |
| Sebastian, Terrence | $7,500 |
| Seiter, Dwane<br>Summit Developers, LLC?High<br>Creek Holdings, LLC | $60,600 |
| Sevastopoulos, Kathleen | $115,108.3 |
| Singh, Gurmeet | $7,500 |
| Talbert, Richard | $21,250 |
| Thornhill, John | $7,500 |

| Name of Payee | Restitution Amount |
|---|---|
| Vestuto Real Estate Corp. | |
| Vanderselt, Robert | $18,000 |
| VanMeeteren, Ron & Norma | $12,000 |
| Wangensteen, Phillip Blueridge Homecrafters Inc | $5,000 |
| Total | $1,774,096.67 |

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
x1        Sheet 1

FILED
MAR 1 0 2011
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK, MISSOULA

# UNITED STATES DISTRICT COURT
## MISSOULA DIVISION DISTRICT OF MONTANA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| KENNETH A. SCHNEIDER | ) | Case Number:  CR 10-31-M-DWM |
| | ) | USM Number: 20018-014 |
| | ) | Richard R. Buley |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   I

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1343 | Wire Fraud | July 2010 | I |

☐ See additional count(s) on page 2

   The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)  II                    ☑ is  ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 10, 2011
Date of Imposition of Judgment

_____
Signature of Judge

Donald W. Molloy, District Judge
Name of Judge                    Title of Judge

March 10, 2011
Date

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1         Sheet 2 — Imprisonment

DEFENDANT: KENNETH A. SCHNEIDER
CASE NUMBER: CR 10-31-M-DWM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

63 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____ on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1    Sheet 3 — Supervised Release

Judgment Page: 3 of 6

DEFENDANT: KENNETH A. SCHNEIDER
CASE NUMBER: CR 10-31-M-DWM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
3 years

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☑   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcemnt agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B      (Rev. 09/08) Judgment in a Criminal Case
v1           Sheet 3C — Supervised Release

Judgment Page: 4 of 6

DEFENDANT:  KENNETH A. SCHNEIDER
CASE NUMBER:  CR 10-31-M-DWM

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit his person, residence, place of employment, or vehicle, to a search, conducted by a United States Probation Officer, based on reasonable suspicion of contraband or evidence in violation of a condition of release. Failure to submit to search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to the condition.

2. The defendant will provide the United States Probation Officer with any requested financial information and shall incur no new lines of credit without prior written approval of the United States Probation Officer.

3. All employment must be approved in advance in writing by the United States Probation Office. The defendant shall consent to third-party disclosure to any employer or potential employer.

4. The defendant shall not purchase, possess, use, distribute or administer marijuana, or obtain or possess a medical marijuana card or prescription. This condition supersedes standard condition number 7 with respect to marijuana only.

5. The defendant shall not possess or use any computer or other device with access to any on-line computer service without the prior written approval of the probation officer. The defendant shall allow the probation officer to make unannounced examinations of his computer, hardware, and software, which may include the retrieval and copying of all data from his computer. The defendant shall allow the probation officer to install software to restrict the defendant's computer access or to monitor the defendant's computer access. The defendant shall not possess encryption or steganography software. The defendant shall provide records of all passwords, Internet service, and user identifications (both past and present) to the probation officer and immediately report changes. The defendant shall sign releases to allow the probation officer to access phone, wireless, Internet, and utility records.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
y1          Sheet 5 — Criminal Monetary Penalties

Judgment Page: 5 of 6

DEFENDANT: KENNETH A. SCHNEIDER
CASE NUMBER: CR 10-31-M-DWM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|       | Assessment | Fine | Restitution |
|-------|-----------|------|-------------|
| TOTALS | $ 100.00  | $    | $ 1,774,096.67 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgement in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| See Addendum  | $2,415,743.01 | $1,774,096.67 |  |
| **TOTALS** | **$2,415,743.01** | **$1,774,096.67** | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the   ☐ fine  ☑ restitution.

    ☐ the interest requirement for the   ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1    Sheet 6 — Schedule of Payments

Judgment Page: 6 of 6

DEFENDANT: KENNETH A. SCHNEIDER
CASE NUMBER: CR 10-31-M-DWM

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B ☐ Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or   ☐ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
     _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
     _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
     term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

     See addendum. In addition, criminal monetary penalty payments are due during imprisonment at the rate of not less than
     $25.00 per quarter, and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal
     monetary payments shall be made to the Clerk, United States District Court, P.O. Box 8537, Missoula, MT 59807.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
     and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:

     residence and property at 216 Godfrey Road in Weston, Connecticut;
     sums of money seized from various JPMorgan Chase Bank accounts on 08/03/2010 accounts ending 9865, 3901,
     9801, 6665, 2065, 6601 and 7265 (See Final Order of Forfeiture, dkt #24).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# Security Check



P.O. Box 1211
2612 Jackson Ave. W.
Oxford, MS 38655

662-234-0440
800-634-4484
fax 662-281-8400

February 10, 2010

JONES CHEVROLET
RODNEY JONES

RE: Account # 5631068, 5644170, 5647953, 5662699, 5663655, 5664858, 5676989, 5776219, 5776224, 5797973, 5800421, 5803030, 5812899, 5832053, 5839835, 5839842, 5843506, 5850015, 5850015, 5851419, 5855654, 5863273, 5875125, 5875133, 5882119, 5973092, 5973147, 5987233, 6091459, 6094692, 6145416, 6164045, 6164489, 6164508, 6179029, 6179033, 6179038, 6180247, 6186076, 6190248, 6190292, 6195067, 6195069, 6202848, 6207067, 6207072, 6221479, 6221485, 6225077, 6225081, 6230553, 6236574, 6264740, 6291787, 7440871, 7492531, 7558172, 7571328

To whom it may concern:

Our records show that the accounts listed above have been cancelled out of our system due to a police report on file. A request has been submitted to have these accounts deleted from EQUIFAX, Experian and TransUNION. Please note that it can take up to 45 days for this to update on your credit bureau.

If I may be of any additional assistance, please do not hesitate to contact me.

Sincerely,

*Amanda Stone*

Amanda Stone
Disputes Dept.

******Feel free to use this letter to send to the credit bureau for a faster deletion.

STATE OF NORTH CAROLINA                    IN THE GENERAL COURT OF JUSTICE
                                              SUPERIOR COURT DIVISION
COUNTY OF BUNCOMBE                               10 CVS 1878

---

BLUE RIDGE SAVINGS BANK, INC.,
              Plaintiff,

vs.                                        **SATISFACTION OF JUDGMENT**

RODNEY JONES and MATTHEW J.
LESTER, PLLC,
                  Defendants.

---

     The undersigned does hereby certify that the certain judgment entered in this case on July 13, 2010 in Case No.10 CVS 1878, has been fully paid and satisfied, together with all costs and interest.

     This the 8th day of August, 2012.

BY:          _____
                ALBERT L. SNEED, JR. ESQUIRE
                THE VAN WINKLE LAW FIRM
                POST OFFICE BOX 7376
                ASHEVILLE, NC  28802-7376

NORTH CAROLINA
BUNCOMBE COUNTY

SWORN TO AND SUBSCRIBED BEFORE ME, this the 8th day of August, 2012.

                    _____
                    Notary Public
                    Print Name: Karen Thomas

My Commission Expires: July 6, 2013
OMS:4026-0231-4000v1|14903-14903-0212|8/8/2012

December 12, 2012

Monterey Collection SV
Fraud Department

RE:    **ID THEFT REGARDING RODNEY R. JONES**
          **Zales Jewelers in Dallas, TX**

Dear Sir or Madam:

This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' identification was stolen and his name and social security number as well as business name, Jones Chevrolet Inc, LGS Services Inc. was used to open account and purchase $6,793.00 worth of merchandise at Zales Jewelers in Dallas, TX acct # 502445719. Mr. Jones filed a police report # 20081010-1362-03, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

At this time we request that you, Monterey Collection SV remove this account from Mr. Jones information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan, and building his truck stop project. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts, correction department, and Mr. Jones credit report to the fax number or emails listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

Very truly yours,

Matthew J. Lester
Attorney at Law

/mjl

Enclosure

December 14, 2009

OPTIMUM OUTCOMES INC.
Fraud Department

     RE:    **ID THEFT REGARDING RODNEY R. JONES**
              **T-Mobile**

Dear Sir or Madam:

     This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' identification was stolen and his name and social security number as well as business name. Jones Chevrolet Inc, LGS Services Inc. was used to open several accounts in **December 2009** and purchase **$599.00** worth of services, **acct #A24670529**. Mr. Jones filed a police report **# 20081010-1365-03**, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

     At this time we request that you, **OPTIMUM OUTCOMES INC.** remove this account from Mr. Jones information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan, and building his truck stop project. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

     Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts, correction department, and Mr. Jones credit report to the fax number or emails listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

                         Very truly yours,

                         Matthew J. Lester
                         Attorney at Law

/mjl

Enclosure

October 12, 2012

Collection
Fraud Department

RE:   ID THEFT REGARDING RODNEY R.  JONES
        T-Mobile

Dear Sir or Madam:

This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' identification was stolen and his name and social security number as well as business name, Jones Chevrolet Inc, LGS Services Inc. was used to open several accounts in **October 2012** and purchase **$1,652.00** worth of merchandise, acct #92011848. Mr. Jones filed a police report # **20081010-1364-03**, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

At this time we request that you, **Collection** remove this account from Mr. Jones information and have it removed from the credit bureaus and **T-Mobile** as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan, and building his truck stop project. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts, correction department, and Mr. Jones credit report to the fax number or emails listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

Very truly yours,

Matthew J. Lester
Attorney at Law

/mjl

Enclosure

January 16, 2014

ENHANCRCVRCO
Fraud Department

RE:   ID THEFT REGARDING RODNEY R. JONES
      Collection 11 AT&T

Dear Sir or Madam:

This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' identification was stolen and his name and social security number as well as business name, Jones Chevrolet Inc, LGS Services Inc. was used to open several accounts in **January 2014** and purchase **$406.00** worth of merchandise, **acct #89446210**. Mr. Jones filed a police report **# 20081010-1367-03.** with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

At this time we request that you, **ENHANCRCVRCO** remove this account from Mr. Jones information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan, and building his truck stop project. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts, correction department, and Mr. Jones credit report to the fax number or emails listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

Very truly yours,

Matthew J. Lester
Attorney at Law

/mjl

Enclosure

October 12, 2012

AMERICAN HONDA FINANCE
Fraud Department

RE:   ID THEFT REGARDING RODNEY R. JONES
      AMERICAN HONDA FINANCE in IRVING, TX

Dear Sir or Madam:

This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' identification was stolen and his name and social security number as well as business name, Jones Chevrolet Inc, LGS Services Inc. was used to open several accounts in **October 2012** and purchase a vehicle in the amount of **$35,185.00** was used to leaving Mr. Jones owing **$8,481.00 acct #158784778.** Mr. Jones filed a police report # **20081010-1374-03**, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

At this time we request that you, **AMERICAN HONDA FINANCE** remove this account from Mr. Jones information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan, and building his truck stop project. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts, correction department, and Mr. Jones credit report to the fax number or emails listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

Very truly yours,

Matthew J. Lester
Attorney at Law

/mjl

Enclosure

June 11, 2012

BRENNAN & CLARK LTD.
Fraud Department

RE:    ID THEFT REGARDING RODNEY R. JONES
       COLLECTION SAFECO-LIBERTY MUTUAL GRP

Dear Sir or Madam:

This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' identification was stolen and his name and social security number as well as business name, Jones Chevrolet Inc, LGS Services Inc. was used to open several accounts in **June 2012 and purchase $90.00** worth of services, acct #**OF2142255.** Mr. Jones filed a police report # **20081010-1369-03**, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

At this time we request that you, **BRENNAN & CLARK LTD.** remove this account from Mr. Jones information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan, and building his truck stop project. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts, correction department, and Mr. Jones credit report to the fax number or emails listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

Very truly yours,

Matthew J. Lester
Attorney at Law

/mjl

Enclosure

April 07, 2013

BROWN & JOSEPH LTD.
Fraud Department

    RE:    ID THEFT REGARDING RODNEY R. JONES
             Collection SafeCo Member Liberty Mutual

Dear Sir or Madam:

    This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' identification was stolen and his name and social security number as well as business name, Jones Chevrolet Inc. was used to open several accounts in **April 2013** and purchase **$153.00** worth of services, **acct #A101SAF05N8374868**. Mr. Jones filed a police report **# 20081010-1368-03**, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

    At this time we request that you, **BROWN & JOSEPH LTD.** remove this account from Mr. Jones information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan, and building his truck stop project. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

    Thank you in advance for your prompt attention to this matter, Please send confirmation that this has been removed from your delinquent accounts, correction department, and Mr. Jones credit report to the fax number or emails listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

                        Very truly yours,

                        Matthew J. Lester
                        Attorney at Law

/mjl

Enclosure

October 15, 2008

Bank of America
Fraud Department

*Via facsimile only*

**RE:    ID THEFT REGARDING RODNEY R. JONES**
**Reference # 9633341**

Dear Sir or Madam:

This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' credit card was stolen in May 2008 and the fraudulent, unauthorized and unknown use of his credit card occurred shortly thereafter. Mr. Jones' card was used to purchase $181.00 worth of merchandise. Mr. Jones filed a police report, report # 20081010-1344-03, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

At this time, we request that you remove this account from Mr. Jones' information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts and removed from Mr. Jones' credit report to the fax number or email address listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

Very truly yours,


Matthew J. Lester
Attorney at Law


/mjl
Encosure

November 12, 2009

Matthew Thomas & Assoc.
Fraud Department

RE:    **ID THEFT REGARDING RODNEY R. JONES**
        **Collection QC Holdings**

Dear Sir or Madam:

This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' identification was stolen and his name and social security number as well as business name, Jones Chevrolet Inc, LGS Services Inc, was used to open account and purchase **$409.00** worth of merchandise. Mr. Jones filed a police report # **20081010-1363-03**, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

At this time we request that you, **Matthew Thomas & Assoc.** remove this account from Mr. Jones information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan, and building his truck stop project. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts, correction department, and Mr. Jones credit report to the fax number or emails listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

Very truly yours,

Matthew J. Lester
Attorney at Law

/mjl

Enclosure

October 15, 2008

First Citizens Bank                                   *Via facsimile only*
Fraud Department

        RE:    **ID THEFT REGARDING RODNEY R. JONES**
                 Reference # 9633341

Dear Sir or Madam:

        This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal
counsel to protect his interests and rights and that the below mentioned transaction was indeed
fraudulent. Mr. Jones' credit card was stolen in May 2008 and the fraudulent, unauthorized and
unknown use of his credit card occurred shortly thereafter. Mr. Jones' card was used to purchase
$540.00 worth of merchandise. Mr. Jones filed a police report, report # 20081010-1322-03, with
the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J.
Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this
matter.

        At this time, we request that you remove this account from Mr. Jones' information and
have it removed from the credit bureaus as soon as possible. This item is severely delaying and
even possibly preventing Mr. Jones from obtaining a new home loan. Mr. Jones is assessing his
interests and determining if further action is warranted and desired.

        Thank you in advance for your prompt attention to this matter. Please send confirmation
that this has been removed from your delinquent accounts and removed from Mr. Jones' credit
report to the fax number or email address listed hereinabove. Should you have any concerns or
questions, please do not hesitate to contact me.

                                Very truly yours,




                                Matthew J. Lester
                                Attorney at Law


/mjl
Encosure

September 20, 2013

**COLLECTION**
**Fraud Department**

    RE:   **ID THEFT REGARDING RODNEY R. JONES**
               **Public Storage**

Dear Sir or Madam:

    This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' identification was stolen and his name and social security number as well as business name, Jones Chevrolet Inc, LGS Services Inc. was used to open several accounts in **September 2013** and purchase **$564.00** worth of services, acct **#5551080481410**. Mr. Jones filed a police report **# 20081010-1366-03**, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector B.J. Riggins of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

    At this time we request that you, **COLLECTION** remove this account from Mr. Jones information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan, and building his truck stop project. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

    Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts, correction department, and Mr. Jones credit report to the fax number or emails listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

                                Very truly yours,

                                Matthew J. Lester
                                Attorney at Law

/mjl

Enclosure

October 15, 2008

Security Check
Fraud Department

*Via facsimile only*

**RE:    ID THEFT REGARDING RODNEY R. JONES**
**Papa John's**
**Reference # 5351068**

Dear Sir or Madam:

    This letter is to inform you that Mr. Rodney R. Jones has retained this law firm as legal counsel to protect his interests and rights and that the below mentioned transaction was indeed fraudulent. Mr. Jones' checkbook was stolen in May 2008 and the fraudulent, unauthorized and unknown use of his checking account occurred shortly thereafter. Mr. Jones' account was used to purchase $3,599.90 worth of merchandise for which you are listed as the creditor. Mr. Jones filed a police report, report # 20081010-1348-01, with the Charlotte-Mecklenburg Police Department with Officer A.F. Armstrong. Inspector Jason Bossert of the Charlotte-Mecklenburg Police Department has been assigned to investigate this matter.

    At this time, we request that you remove this account from Mr. Jones' information and have it removed from the credit bureaus as soon as possible. This item is severely delaying and even possibly preventing Mr. Jones from obtaining a new home loan. Mr. Jones is assessing his interests and determining if further action is warranted and desired.

    Thank you in advance for your prompt attention to this matter. Please send confirmation that this has been removed from your delinquent accounts and removed from Mr. Jones' credit report to the fax number or email address listed hereinabove. Should you have any concerns or questions, please do not hesitate to contact me.

Very truly yours,


Matthew J. Lester
Attorney at Law


/mjl