IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-112-RJC-DSC

| | |
|---|---|
| RODNEY JONES, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| EQUIFAX, TRANSUNION, EXPERIAN, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its motion following receipt of Plaintiff's Motion to Proceed in Forma Pauperis in this matter. (Doc. No. 2).

Plaintiff's affidavit shows that he has had a total monthly income of $1,500 for the past twelve months, and that he expects to receive the same amount next month. (Doc. No. 2 at 1). Plaintiff reports monthly expenses totaling $745. (Id. at 5). These figures result in monthly discretionary income of $755. In explaining why he cannot pay the cost of these proceedings, Plaintiff states that he "was a victim of identity theft" and since then he "[hasn't] been able to operate [his] business . . . to obtain credit cards, home loans, car loans, purchasing of anything." (Doc. No. 2 at 5). Plaintiff does not explain, however, why he cannot afford to pay the $400 filing fee, given that he appears, by his own affidavit, to have $755 in discretionary income each month.

**IT IS HEREBY ORDERED** that Plaintiff shall have ten days in which to submit a statement to this Court explaining why he is unable to pay the full filing fee in this matter, given that he appears to have $755 in discretionary income each month.

**IT IS SO ORDERED.**

Robert J. Conrad, Jr.
United States District Judge