UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-112-RJC-DSC

| | |
|---|---|
| RODNEY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EQUIFAX, TRANSUNION, and EXPERIAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court sua sponte. Plaintiff filed his Complaint on March 6, 2015. (Doc. No. 1). The Court granted the pro se Plaintiff IFP status, and summonses were issued by the Clerk of Court on May 19, 2015, for service of the Complaint on Equifax, TransUnion, and Experian by the United States Marshal. (Doc. Nos. 5, 6). The summons was returned executed as to Equifax on June 2, 2015, (Doc. No. 7), and Defendant Equifax filed its Answer in this case on June 15, 2015, (Doc. No. 10). However, the summonses were returned unexecuted as to Experian and TransUnion on June 9, 2015, and June 24, 2015, respectively. (Doc. Nos. 8, 12). The Court issued an Order directing Plaintiff to perfect service of his Complaint on Defendants TransUnion and Experian within fourteen (14) days of the entry of the Order. (Doc. No. 18). Plaintiff was warned that failure to perfect service on Defendants TransUnion and Experian would result those defendants being dismissed from the case without prejudice and without further notice.

A review of the docket in this matter reveals that no new summonses have been issued for Defendants TransUnion and Experian, and Plaintiff has neither responded to the Court's Order nor provided any evidence that he has perfected service upon those defendants.

Accordingly, Defendants TransUnion and Experian shall be dismissed from this case without prejudice.

**IT IS, THEREFORE, ORDERED** that Defendants TransUnion and Experian are **DISMISSED** from the case without prejudice.

Signed: April 11, 2016

Robert J. Conrad, Jr.
United States District Judge