

UNITED STATES DISTRICT COURT

WESTERN DISTRICT COURT OF NORTH CAROLINA

| | |
|---|---|
| Rodney Jones | ) Case No.: 3:15-cv-112-RJC |
|     Plaintiff, | ) |
| vs. | ) ENTRY OF DEFAULT |
| Experian | ) |
|     Defendant | ) |

    Plaintiff Rodney Jones requests the Clerk of Court to enter default against Experian for failure to answer or plead in said action as required by law.

Default may be served on the Defendant at C/O Allison Reddoch
Strasburger and Price, LLP
2801 Network Boulevard Suite 600
Frisco, TX 75034

Dated this 17th day of May 2016

Rodney Jones
Address
426 Woodberry Drive
Wingate, NC 28174