

UNITED STATES DISTRICT COURT

WESTERN DISTRICT COURT OF  NORTH CAROLINA

| | |
|---|---|
| Rodney Jones | ) Case No.: 3:15-cv-112-RJC |
| Plaintiff, | ) |
| | ) |
| vs. | ) ENTRY OF DEFAULT |
| | ) |
| Transunion | ) |
| Defendant | ) |

Plaintiff Rodney Jones requests the Clerk of Court to enter

default against Transunion for failure to answer or plead in said action

as required by law.

Default may be served on the Defendant at  C/O David Emery (COO)
Transunion
PO.Box 2000
Chester, PA 19022-2000

Dated this 17th day of May 2016

Rodney Jones

Address
426 Woodberry Drive
Wingate, NC 28174

Entry of Default - 1