# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Rodney Jones, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00112-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| TransUnion Equifax Experian, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court sua sponte and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 11, 2016 Order.

July 12, 2016

_____
Frank G. Johns, Clerk
United States District Court